# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1295. WILLIAM HUGHEY v. THE STATE.**

A jury found William Hughey guilty of aggravated assault, aggravated battery, and other offenses, and we affirmed his convictions on appeal. *Hughey v. State*, Case No. A18A1812 (Jan. 18, 2019). He later filed an extraordinary motion for a new trial in which he challenged the sufficiency of the evidence to support his convictions and the trial court's failure to instruct the jury on the elements of aggravated battery and argued that his trial counsel rendered ineffective assistance. The trial court denied the motion in March 2024, and Hughey filed a direct appeal to this Court. We lack jurisdiction.

An appeal from an order denying an extraordinary motion for a new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hughey's failure to follow the discretionary review procedure deprives us of jurisdiction over this direct appeal.

To the extent that Hughey's extraordinary motion for a new trial may be construed as a motion to vacate his judgment of conviction, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009), and any appeal from an order denying or dismissing such a petition or motion must be dismissed, see *Roberts*

*v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2). For each of the above reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/29/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*